| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **7470 Commercial Way Partners, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **51-0654999** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7470 Commercial Way** **Henderson, NV 89011-6626** | **723 S. Casino Center Blvd.** **Las Vegas, NV 89101-6716** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Clark** | **Location of principal assets, if different from principal place of business** |
| | | County | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **7470 Commercial Way Partners, LLC**　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　☐ A plan is being filed with this petition.
　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page 2

Debtor  **7470 Commercial Way Partners, LLC**   Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **7470 Commercial Way Partners, LLC**　　　　　　　　　Case number (*if known*)
　　　　　Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 26, 2016**
　　　　　　　　MM / DD / YYYY

X **/s/ David Suder**　　　　　　　　　　　　　**David Suder**
Signature of authorized representative of debtor　　Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ Samuel A. Schwartz. Esq.**　　　　　　　Date **September 26, 2016**
Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**Samuel A. Schwartz. Esq.**
Printed name

**Schwartz Flansburg PLLC**
Firm name

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone **(702) 385-5544**　　Email address **sam@nvfirm.com**

**10985**
Bar number and State

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 4

## ACTION BY WRITTEN CONSENT OF
## THE MANAGING MEMBERS OF 7470 COMMERICAL WAY PARTNERS, LLC

The undersigned, constituting the Managing Members of 7470 Commercial Way Partners, LLC, a Nevada corporation (the "**Company**"), hereby consent to and take the following action:

> RESOLVED, that the Managing Members of the Company hereby authorize, direct and empower David Suder and Mark Balogh as Managing Members, to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company; and
>
> IT IS HEREBY FURTHER RESOLVED that David Suder and Mark Balogh are authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified here, including the retention of Schwartz Flansburg PLLC, as the Company's bankruptcy counsel; and
>
> IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by David Suder and Mark Balogh in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the Managing Members of 7470 Commercial Way Partners, LLC, does hereby execute this Action by Written Consent as of the date indicated below.

7470 COMMERICAL WAY PARTNERS, LLC

By: _____  
David Suder, Managing Member

9/25/16  
DATE

By: _____  
Mark Balogh, Managing Member

09/25/16  
DATE

**Fill in this information to identify the case:**

Debtor name: **7470 Commercial Way Partners, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Official Form 204-Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 26, 2016**      X **/s/ David Suder**
                                          Signature of individual signing on behalf of debtor

                                          **David Suder**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Fill in this information to identify the case:
Debtor name   **7470 Commercial Way Partners, LLC**
United States Bankruptcy Court for the:   **DISTRICT OF NEVADA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Black Mountain Industrial Center Assoc.** 8290 Arville Street Las Vegas, NV 89139 | | **Association Fees** | | | | $1,028.82 |
| **DKD Investments, LLC** 5055 W. Patrick Lane Suite 101 Las Vegas, NV 89118 | | **7470 Commercial Way Henderson, NV 89011-6626** | | $1,525,218.44 | $1,500,000.00 | $32,539.83 |
| **Lanak & Hanna, P.C.** 625 The City Drive South, Suite 190 Orange, CA 92868 | | **Attorney Fees** | | | | $8,183.80 |
| **Magnum Industrial Center Association** 4415 Spring Mountain Road 100 Las Vegas, NV 89102-8758 | | **Association Fees** | | | | $4,199.99 |
| **NV Energy** 6226 W. Sahara Avenue Las Vegas, NV 89146 | | **Utilities** | | | | $3,838.47 |
| **OGI Environmental, LLC** 8820 W. Russell Road, Suite 140 Las Vegas, NV 89148 | | **Utilities - sent to collections** | | | | $1,700.00 |

Debtor  **7470 Commercial Way Partners, LLC**                                   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Travelers Casualty Insurance Company of America**<br>**707 West Main Avenue, Suite 300**<br>**Spokane, WA 99201** | | **Insurance - sent to collections** | | | | **$2,111.50** |

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Nevada

In re  **7470 Commercial Way Partners, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **13,283.00** |
   | Prior to the filing of this statement I have received | $ **13,283.00** |
   | Balance Due | $ **0.00** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):  **David Suder; Keenan, Hopkins, Suder & St.**

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See the Schwartz Flansburg PLLC's detailed retention application for a description of the monies received and fees earned.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 26, 2016**  
*Date*

**/s/ Samuel A. Schwartz. Esq.**  
**Samuel A. Schwartz. Esq. 10985**  
*Signature of Attorney*  
**Schwartz Flansburg PLLC**  
**6623 Las Vegas Blvd. South, Suite 300**  
**Las Vegas, NV 89119**  
**(702) 385-5544   Fax: (702) 385-2741**  
**sam@nvfirm.com**  
*Name of law firm*

---

# United States Bankruptcy Court
**District of Nevada**

In re: **7470 Commercial Way Partners, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Suder**<br>**723 S. Casino Center Blvd.**<br>**Las Vegas, NV 89101-6716** | | **50%** | **Voting** |
| **Mark Balogh**<br>**723 S. Casino Center Blvd.**<br>**Las Vegas, NV 89101-6716** | | **50%** | **Voting** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 26, 2016**

Signature **/s/ David Suder**
**David Suder**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re    **7470 Commercial Way Partners, LLC**      Case No.
                               Debtor(s)      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 26, 2016**      **/s/ David Suder**
                                             **David Suder**/**Managing Member**
                                             Signer/Title

```
7470 Commercial Way Partners, LLC
723 S. Casino Center Blvd.
Las Vegas, NV 89101-6716

Samuel A. Schwartz. Esq.
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

AGA AG Adjustments
740 Walt Whitman Road
Melville, NY 11747-9090

Black Mountain Industrial Center Assoc.
8290 Arville Street
Las Vegas, NV 89139

DKD Investments, LLC
5055 W. Patrick Lane
Suite 101
Las Vegas, NV 89118
```

Lanak & Hanna, P.C.
Acct No x4293
625 The City Drive South, Suite 190
Orange, CA 92868

Magnum Industrial Center Association
4415 Spring Mountain Road 100
Las Vegas, NV 89102-8758

NV Energy
6226 W. Sahara Avenue
Las Vegas, NV 89146

OGI Environmental, LLC
8820 W. Russell Road, Suite 140
Las Vegas, NV 89148

OGI Environmental, LLC
c/o Michael A. Sandoval Registered Agent
7341 W Charleston Ste 160
Las Vegas, NV 89117

Retro Manufacturing, LLC
c/o Craig A. Newby, Esq/Rory T. Kay, Esq
McDonald Carano Wilson LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102

RMS
Acct No xxxxx2143
PO Box 361136
Columbus, OH 43236

Steven Harrington
c/o Craig A. Newby, Esq/Rory T. Kay, Esq
McDonald Carano Wilson LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102

The Calitri Group Ins.
Acct No xxxxx2143
PO Box 320128
Las Vegas, NV 89173

The Harrington Family Trust Dtd 6/15/05
Steven and Tammi Harington Trustees
c/o Craig A. Newby, Esq/Rory T. Kay, Esq
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102

Travelers Casualty Insurance
Acct No xxxxx2143
Company of America
707 West Main Avenue, Suite 300
Spokane, WA 99201

# United States Bankruptcy Court
### District of Nevada

In re: **7470 Commercial Way Partners, LLC**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **7470 Commercial Way Partners, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 26, 2016**
Date

**/s/ Samuel A. Schwartz. Esq.**
**Samuel A. Schwartz. Esq. 10985**
Signature of Attorney or Litigant
Counsel for **7470 Commercial Way Partners, LLC**
**Schwartz Flansburg PLLC**
**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
**(702) 385-5544 Fax:(702) 385-2741**
**sam@nvfirm.com**